1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    DIMITRI Z. STORM,                          1:24-cv-01269-SKO (PC)

10              Plaintiff,

11       v.                                     **ORDER TO SUBMIT APPLICATION
                                                TO PROCEED IN FORMA PAUPERIS
12   CSATF WARDEN, et al.                       OR PAY FILING FEE WITHIN 45 DAYS**

13              Defendant.

14

15       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983. Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in*

17   *forma pauperis* pursuant to 28 U.S.C. § 1915.

18       Accordingly, **IT IS HEREBY ORDERED** that:

19       Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

20   attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

21   pay the $405 filing fee for this action.  **No requests for extension will be granted without a**

22   **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**

23   **action.**

24
     IT IS SO ORDERED.
25

26   Dated:   **October 18, 2024**              */s/ Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE
27

28

                                                1